UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2006 JAN 13  P 1: 10

- CLERK _____
S_____ OF GA.

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )
     v.                            )          Civil Action No.: CV205-083
                                   )
UNITED STATES CURRENCY             )
TOTALING $40,020.00,               )
                                   )
          Defendant.               )

## DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE AND DISTRIBUTION

Plaintiff, The United States of America, has moved this Court, pursuant to Rule 55(b),

Fed.R.Civ.P., for the entry of a Default Judgment against the defendant $40,020.00 in U.S.

currency ("defendant currency"), Paul Hannah and Adrian Ingram, their heirs, successors and

assigns, and all other persons and entities having an interest in the defendant currency.  Plaintiff

has shown that there was reasonable cause to seize the defendant currency; that a civil Complaint

for Forfeiture and Arrest of Property was filed, pursuant to 21 U.S.C. §881(a)(6); that all known

parties were served with proper process; and that all other unknown potential claimants were

served by publication.  As reflected by the record in this case, all persons and entities having an

interest in the defendant currency have failed to appear, file a claim, an answer or otherwise

appear and defend the action.  No person with standing is before the Court with cause to show

why judgment by default should not be granted to the United States of America and against the

defendant currency.  Furthermore, no person with standing is before the Court to object to the

Government's Application for Default Judgment and Motion for Final Order of Forfeiture and Distribution.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that:

1.     The Government's Application for Default Judgment and Motion for Final Order of Forfeiture and Distribution is GRANTED; the defendant currency is hereby condemned and forfeited to the United States of America; and all right, title, claim and interest to the defendant currency is vested in the United States of America;

2.     Paul Hannah and Adrian Ingram, their heirs, successors and assigns, and all other persons and entities are forever barred from asserting a claim to the defendant currency; and all right, title, claim and interest of Paul Hannah and Adrian Ingram, and all other persons and entities to the defendant currency are hereby forfeited and vested in the United States;

3.     The United States Marshal pay all expenses of the United States Marshals Service and the Department of Justice related to the seizure and forfeiture of the defendant currency from the defendant currency; and

4.     The United States Marshals Service deposit the balance of the defendant currency into the Department of Justice Asset Forfeiture Fund in accordance with 28 U.S.C. §524(c) and 21 U.S.C. §881(e).

The Clerk is hereby directed to enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure, upon the same terms and conditions as outlined in this Default Judgment and Final Order of Forfeiture and Distribution.

The Clerk is further directed to send four certified copies of this Default Judgment to Ruth H. Young, Assistant United States Attorney, P.O. Box 8970, Savannah, Georgia 31412, and copies to Paul Hannah, P.O. Box 38, Olanta, S.C. 29114 and Adrian Ingram, 120 McCormick Street, Sumter, S.C. 29150.

SO ORDERED, this _13_ day of __January__, 2005.

Anthony A. Alaimo, Judge
United States District Court